UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LATOYA FERGUSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, et al.,<br>　　　　Defendants.<br>_____/ | No. C09-4943 EMC MED<br><br>**ORDER APPROVING REQUEST FOR DEFENDANT TARGET CORPORATION'S CLAIMS REPRESENTATIVE TO ATTEND MEDIATION BY PHONE**<br><br>Date:　　May 27, 2010<br>Mediator:　Herb Schwartz |

　　　IT IS HEREBY ORDERED that defendant Target Corporation's insurance claims representative is excused from personally attending the May 27, 2010 mediation before Herb Schwartz. The claims representative shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

　　　IT IS SO ORDERED.

March 11, 2010　　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge