UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA M. FERGUSON,<br><br>        Plaintiff,<br><br>  v.<br><br>TARGET CORP. et al,<br><br>        Defendant. | Case Number: CV09-04943 EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Herb A. Schwartz
Change Mediation
829 Locust Street
P.O. Box 370
Garberville, CA 95542

Dated: March 12, 2010

                                                    Richard W. Wieking, Clerk
                                                  By: Lili M. Harrell, Deputy Clerk