1  H. NATHAN JAMES (#97064)
   SEIFER, MURKEN, DESPINA, JAMES & TEICHAMN, ALC
2  2135 Lombard Street
   San Francisco, CA 94123
3  Telephone: (415) 749-5900
   Facsimile: (415) 749-0344
4
   Attorneys for Plaintiff
5  LOTOYA M. FERGUSON

6  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
7  A Professional Corporation
   555 12th Street, Suite 1800
8  P. O. Box 12925
   Oakland, CA  94604-2925
9  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
10
   Attorneys for Defendant
11 TARGET CORPORATION

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| 15 | LATOYA M. FERGUSON, | ) | Case No.: C-09-04943 EMC |
|---|---|---|---|
| 16 | Plaintiff, | ) | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER |
| 17 | vs. | ) | |
| 18 | | ) | |
| 19 | TARGET CORPORATION, and DOES 1-10, inclusive, | ) | Case Management Conference |
| 20 | Defendants. | ) | Date: June 2, 2010<br>Time: 2:30 p.m.<br>Location: Courtroom C |
| 21 | | | U.S. District Court |
| 22 | | | 450 Golden Gate Ave.<br>San Francisco, CA |
| 23 | | | |
| 24 | _____ | | Complaint Filed: July 2, 2009 |

25    Pursuant to this Court's Civil Local Rules ("Civ. L.R.") 16-7 and 16-9, the parties jointly

26 submit this Case Management Statement. Each party certifies that its lead trial counsel who will

27 try this case met and conferred for the preparation of this Statement as required by Civ. L.R. 16-4.

28    The parties make the following representations and recommendations:

-1-

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    Case No.: C-09-04943 EMC

## I. CURRENT STATUS

The mediation did not proceed as scheduled. Plaintiff is still treating and has further appointment for medical evaluation and an MRI set for May 25, 2010. Plaintiff has disclosed further medical providers and Defendant has undertaken to subpoena these records.

Plaintiff's attorney has not provided the Initial Disclosure as required pursuant to Rule 26 (a) (1) of the FRCP, however will prior to the upcoming Case Management Conference.

The parties request that the time to allow the mediation take place be extended 90 days, until 9/3/10, that the current trial date and expert disclosure dates be taken off calendar and that the Case Management Conference be continued until after 9/3/10.

DATED: 5/24/10

SEIFER, MURKEN, DESPINA, JAMES & TEICHMAN, ALC

By: _____
H. NATHAN JAMES, ESQ.
Attorneys for Plaintiff
LATOYA M. FERGUSON

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

26191\484396

IT IS SO ORDERED that the mediation deadline is extended to 9/3/10. The case management conference is reset from 6/2/10 to 9/15/10 at 2:30 p.m. An updated joint cmc statement shall be filed by 9/8/10. Trial date to be discussed at cmc.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    Case No.: C-09-04943 EMC

## CERTIFICATE OF SERVICE
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys for Plaintiff**
H. Nathan James, Esq.
**SEIFER, MURKEN, DESPINA,
JAMES & TEICHMAN, ALC**
2135 Lombard St.
San Francisco, CA  94123

Tel:   (415) 749-5900
Fax:   (415) 749-0344
*njames@smdjlaw.com*

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on May 24, 2010.

*[Signature: Brenda J. Bruessard]*
Brenda J. Bruessard

26191\503600