H. NATHAN JAMES (SBN 097064)
**SEIFER, MURKEN, DESPINA, JAMES & TEICHMAN ALC**
2135 Lombard St.
San Francisco, CA 94123
Telephone: (415) 749-5900
Facsimile: (415) 749-0344

Attorney for Plaintiff, LAYTOYA M. FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYTOYA FERGUSON<br><br>Plaintiff,<br>v<br>TARGET CORPORATION, et al.,<br><br>Defendants. | Case No. C-09-04943 EMC<br><br>**ORDER ON PLAINTIFF'S ATTORNEY'S ORAL MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

The above matter came on for hearing in Courtroom C, of the above entitled court Magistrate Judge Edward M. Chen presiding on July 28, 2010 at 2:30pm after being set by the court as a result of plaintiff's counsel filing a substitution of attorney form. Plaintiff's counsel H. Nathan James was present. Defendant's attorney Gail Trabish was present, and plaintiff appeared by phone. After counsel for plaintiff provided information to the Court and plaintiff acknowledging such information as accurate and there being no objection by plaintiff regarding her counsel from withdrawing, it is Ordered that H. Nathan James' oral motion to withdraw as plaintiff's counsel is granted, except that he will represent plaintiff for the limited purpose of the mediation set for August 27, 2010 at 10:00am, should it occur.

Dated: 8/5 2010

_____
Edward M. Chen, Magistrate Judge