

555 12th Street, Suite 1800
P.O. Box 12925
Oakland, California 94604-2925
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

**Gail C. Trabish**
gtrabish@bjg.com

August 13, 2010

**Via E-Filing**

Hon. Magistrate Edward M. Chen
U.S. District Court - Northern
450 Golden Gate Avenue, 15th Floor, Courtroom C
San Francisco, CA  94102-3483

Re:   *Latoya M. Ferguson v. Target Corporation, et al.*
       U.S. District Court, Northern Dist. of CA Case No.:  C-09-04943

Dear Judge Chen:

Please be advised that as of this date, Plaintiff has not responded to our second Request of Production of Documents in the above-captioned matter.  At the last Case Management Conference on July 28, 2010, you had ordered Plaintiff to respond to this outstanding discovery request by August 11, 2010.  You further stated that if she did not, I was to advise the Court by letter so that the court could take the mediation off-calendar.  This matter is presently scheduled to be mediated by Herb Schwartz on August 27, 2010.

This case is set for a further Case Management Conference on 9/15/2010 at 2:30 p.m.

Sincerely,

BOORNAZIAN, JENSEN & GARTHE

*Gail C. Trabish*

Gail C. Trabish

:bb
cc:  Latoya Ferguson
     H. Nathan James, Esq.
     Herb Schwartz, Mediator

26191\512095

IT IS SO ORDERED that the 8/27/10 mediation before Herb Schwartz shall be taken off calendar.  A status conference is set for 9/29/10 at 2:30 p.m.  An updated joint status conference statement shall be filed by 9/22/10.

_____
Edward M. Chen, U.S. Magistrate Judge