GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA M. FERGUSON,               ) | Case No.: C-09-04943 EMC |
|                                             ) | |
|         Plaintiff,                          ) | **STIPULATION OF DISMISSAL WITH** |
|                                             ) | **PREJUDICE AND [PROPOSED] ORDER** |
| vs.                                         ) | **THEREON** |
|                                             ) | |
|                                             ) | |
| TARGET CORPORATION, and DOES 1-10, ) | |
| inclusive,                                  ) | |
|                                             ) | |
|         Defendants.                         ) | |
|                                             ) | Complaint Filed: July 2, 2009 |
|                                             ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff LATOYA M. FERGUSON and Defendant TARGET CORPORATION by and through its attorney of record, Gail C. Trabish, Esq., that Plaintiff will dismiss, with prejudice, TARGET CORPORATION, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

   IT IS SO STIPULATED.

DATED: September 2, 2010                    LATOYA M. FERGUSON


                                            By:_____/s/_____
                                                    LATOYA M. FERGUSON
                                                         In Pro Per

DATED:  August 18, 2010              BOORNAZIAN, JENSEN & GARTHE
                                     A Professional Corporation


                                     By: _____/s/_____
                                           GAIL C. TRABISH, ESQ.
                                           Attorneys for Defendant
                                           TARGET CORPORATION


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  9/9/10
                                     _____
                                     HON. EDWARD M. CHEN
                                     UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

26191\512607

---

-2-

STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No.:  09-04943 EMC